No. 681, Misc. Kubala *v.* Illinois. *Per Curiam:* The appeal is dismissed.